IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 4:24-CR-371-23 |
| JAMIE CRUISE | § § | |

## NOTICE OF APPEAL

Notice is hereby given that JAMIE CRUISE, Defendant in the above styled and numbered cause, hereby appeals to the United States Court of Appeals for the Fifth Circuit sitting in New Orleans, Louisiana from the conviction and the sentence imposed by the District Court on February 4, 2026

          **Respectfully submitted,**

          /s/ Robert J. Fickman
          **ROBERT J. FICKMAN**
          Attorney-In-Charge
          Texas Bar No. 06956500
          440 Louisiana, Suite 800
          Houston, TX 77002
          (713) 665-7400
          (713) 224-2815 (FAX)
          Attorney for Defendant,
          JAMIE CRUISE

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Notice of Appeal** has been served to the Assistant United States Attorneys assigned to the case by Electronic Filing to United Stated Attorney's Office on the 10th day of February, 2026.

/s/ Robert J. Fickman
**ROBERT J. FICKMAN**